# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV01032-WRW |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| **STEPHANIE HALL,** *et al.* | : | PLAINTIFFS |
| v. | : | |
| **WYETH, INC.,** *et al.* | : | DEFENDANTS |

## ORDER

It has come to my attention that Paragraph (8) of the January 20, 2010, Order should also apply to Ms. Dorothy Jones. Accordingly, the following applies to Plaintiff Dorothy Jones:

(8) Since the parties have indicated that [Dorothy Jones] no longer need[s] to be consolidated in MDL No. 1507 (*e.g.*, all consolidated discovery has been completed in [her case]), if [she] commence new individual actions, [she] must promptly file a statement with that court indicating that [her] case is not appropriate for transfer to MDL No. 1507, because: (1) the plaintiff was previously a party in that multidistrict litigation (specifically, in Case No. 4:04CV01032-WRW); and (2) the presiding judge in MDL No. 1507 determined that the continued inclusion of the plaintiff's claims in the multidistrict litigation was no longer warranted. A copy of this Order must be attached to that statement.[1]

IT IS SO ORDERED this 22nd day of February, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.